2010–1892.   Szerszen v. Summit Chase Condominiums.
Franklin App. No. 09AP–1183, 2010-Ohio-4518. This cause is pending before the court as a discretion-

ary appeal. Upon consideration of appellants' application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*January 5, 2011*

[Cite as *01/05/2011 Case Announcements*, 2011-Ohio-4.]

## MOTION AND PROCEDURAL RULINGS